UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARRIE MEYER,

    Plaintiff,

-vs-

Case No. 06-14953
Judge Avern Cohn

MACOMB TOWNSHIP OF MACOMB
COUNTY, MICHIGAN; JOHN BRENNAN,
individually and in his capacity as Township
supervisor; and JOHN BROGOWICZ,
individually and in his capacity as Human
Resources Director, Jointly and Severally,

    Defendants.

_____/

## MEMORANDUM AND ORDER DENYING PLAINTIFF'S SECOND MOTION FOR REHEARING OR RECONSIDERATION

This is an employment case. On May 14, 2008, the Court issued a Memorandum and Order granting in part and denying in part defendants' motion for summary judgment. Plaintiff Carrie Meyer ("Meyer") made a motion for reconsideration of that order, contending that the Court should not have granted defendants' motion with respect to her retaliation claim under the Michigan Elliott-Larsen Civil Rights Act. On June 17, 2008, the Court issued a Memorandum and Order denying Meyer's motion for reconsideration. Now before the Court is Meyer's Second Motion for Rehearing or Reconsideration, in which she again contends that her retaliation claim should survive summary judgment. In response, the defendants say that Meyer's motion is untimely and improper under Local Rule 7.1(g) and that the motion should therefore be struck.

Procedural issues aside, the previous two orders in this case adequately explained why the defendants are entitled to summary judgment on Meyer's retaliation claim. Meyer's motion is therefore DENIED.

SO ORDERED.

      s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: August 5, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 5, 2008, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager, (313) 234-5160